# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAIME OBREGON ACOSTA, individually and on behalf of others similarly situated, : : : Plaintiff, : : v. : : SMART ALABAMA, LLC; and AGWM : UNITED, LLC; TOTAL EMPLOYEE : SOLUTION SUPPORT, LLC; WK LAW : GROUP, PC; AND WOON KIM, : : Defendants. : | Civil Action File No.: 1:22-cv-01209-TWT |

## DEFENDANT TOTAL EMPLOYEE SOLUTION SUPPORT, LLC'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Total Employee Solution Support, LLC ("TESS"), pursuant to Fed. R. Civ. P. 12(b)(6) hereby moves this Court to dismiss Count I of Plaintiff's First Amended Class Action Complaint for failure to state a claim.

Plaintiff does not have standing to sue TESS and has not sufficiently alleged a RICO or fraud claim against TESS. For these reasons, and for those set forth in more detail in TESS' Memorandum of Law contemporaneously filed with this Motion, TESS respectfully moves this Court for an order dismissing Plaintiff's First Amended Complaint with prejudice.

Respectfully submitted on this 16th day of September, 2022.

>/s/ David R. Kresser
>David R. Kresser
>Georgia Bar No. 429615
>dkresser@fisherphillips.com
>JonVieve D. Hill
>Georgia Bar No. 907946
>jhill@fisherphillips.com
>FISHER & PHILLIPS LLP
>1075 Peachtree St., NE
>Suite 3500
>Atlanta, GA  30309
>(404) 231-1400
>
>COUNSEL FOR DEFENDANT TOTAL
>EMPLOYEE SOLUTION SUPPORT, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAIME OBREGON ACOSTA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART ALABAMA, LLC; and AGWM UNITED, LLC; TOTAL EMPLOYEE SOLUTION SUPPORT, LLC; WK LAW GROUP, PC; AND WOON KIM,<br><br>Defendants. | Civil Action File No.:<br>1:22-cv-01209-TWT |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I certify that **DEFENDANT TOTAL EMPLOYEE SOLUTION SUPPORT, LLC'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** has been prepared using Times New Roman 14-point font in compliance with Local Rule 5.1

/s/ David R. Kresser
David R. Kresser

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAIME OBREGON ACOSTA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART ALABAMA, LLC; and AGWM UNITED, LLC; TOTAL EMPLOYEE SOLUTION SUPPORT, LLC; WK LAW GROUP, PC; AND WOON KIM,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action File No.:<br>: 1:22-cv-01209-TWT |

## CERTIFICATE OF SERVICE

I certify that, on September 16, 2022, I electronically filed this **DEFENDANT TOTAL EMPLOYEE SOLUTION SUPPORT, LLC'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Daniel Werner
> James E. Radford
> Radford & Keebaugh, LLC
> 315 W. Ponce de Leon Ave., Suite 1080
> Decatur, GA  30030
> dan@decaturlegal.com
> james@decaturlegal.com

Michael L. Lucas
Burr & Forman LLP
420 North 20th St., Suite 3400
Birmingham, AL  35203
mlucas@burr.com

Jon Michael Gumbel
Burr & Forman LLP
171 17th St., N.W., Suite 1100
Atlanta, GA  30363
jgumbel@burr.com

Brian G. Kim
Brian Kim P.C.
1815 Satellite Blvd., Suite 403
Duluth, GA  30097
brian@leonandkim.com

                                             */s/ David R. Kresser*
                                             David R. Kresser