# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE OBREGON ACOSTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>SMART ALABAMA, LLC; AND AGWM UNITED, LLC; TOTAL EMPLOYEE SOLUTION SUPPORT, LLC; WK LAW GROUP, PC; AND WOON KIM,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>1:22-CV-01209-TWT |

## DEFENDANT SMART ALABAMA, LLC'S MOTION FOR DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT

**COMES NOW** Defendant, SMART Alabama, LLC ("SMART"), pursuant to Rules 12(b)(6) and 12(b)(2) of the Federal Rules of Civil Procedure, and hereby moves this Court to dismiss Count I of Plaintiff's First Amended Complaint (FAC) (ECF No. 18) for failure to state a claim and Counts II, III, and IV for lack of personal jurisdiction. Court V of the FAC is not asserted against SMART. In support of its Motion, SMART relies on the Declaration of Jung-Woo Lee attached hereto and the memorandum of law filed contemporaneously herewith.

| | |
|---|---|
| s/ Michael L. Lucas | s/ Jon M. Gumbel |
| Michael L Lucas (pro hac vice) | Jon M. Gumbel |
| Marcel L. Debruge | Georgia - GA Bar #315195 |
| Ingu Hwang | BURR & FORMAN LLP |
| BURR & FORMAN LLP | 171 17th Street, NW |
| 420 North 20th Street, Suite 3400 | Suite 1100 |
| Birmingham, Alabama 35203 | Atlanta, GA 30363 |
| Telephone: (205) 251-3000 | Telephone: (404) 815-3000 |
| Facsimile: (205) 458-5100 | Facsimile: (404) 817-3244 |
| mlucas@burr.com | jgumbel@burr.com |
| mdebruge@burr.com | |
| ihwang@burr.com | |

Attorneys for Defendant SMART ALABAMA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing via CM/ECF, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 20th day of September, 2022:

Daniel Werner
James E. Radford
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
*Attorneys for Plaintiff*

Brian G. Kim
Brian Kim, PC
1815 Satellite Blvd.
Suite #403
Duluth, Georgia 30097
*Attorney for AGWM United, LLC*

David R. Kresser
FISHER & PHILLIPS, LLP
1075 Peachtree Street, NE #3500
Atlanta, Georgia 30309
*Attorney for Total Employee Solution Support, LLC*

Betsy Bulat
Fei Drouyor
MARTENSON, HASBROUCK & SIMON, LLP
2573 Apple Valley Road, NE
Atlanta, Georgia 30319
*Attorney for WK Law Group, P.C., and Woon Kim*

s/ Michael L. Lucas
OF COUNSEL