# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Jaime Obregon Acosta, individually and on behalf of others similarly situated, <br>       Plaintiff, <br><br> v. <br><br> SMART Alabama, LLC; and AGWM United, LLC; Total Employee Solution Support, LLC; WK LAW Group, PC; and Woon Kim, <br><br>       Defendants. | Case No.: 1:22-cv-01209-TWT |

## DEFENDANTS' MOTION TO DISMISS COUNT I AND COUNT V OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendants WK Law Group, PC and Woon Kim, pursuant to Fed. R. Civ. P. 12(b)(6) hereby move this Court to dismiss Count I and Count V of Plaintiff's First Amended Class Action Complaint for failure to state a claim.

Plaintiff does not have standing to sue WK Law Group, PC and Woon Kim, and has not sufficiently alleged a RICO or fraud claim against WK Law Group, PC and Woon Kim. For these reasons, and for those set forth in more detail in WK Law Group, PC and Woon Kim's Memorandum of Law contemporaneously filed with this Motion, WK Law Group, PC and Woon Kim respectfully move this Court for an order dismissing Plaintiff's First Amended Complaint with prejudice.

Dated: September 30, 2022

        Respectfully submitted,

        *By: /s/ Betsy Bulat*
        Betsy Bulat
        Georgia Bar No. 558428
        Feifan "Fei" Drouyor
        Georgia Bar No. 184568
        Martenson Hasbrouck & Simon LLP
        2573 Apple Valley Road NE
        Atlanta, GA 30319
        Tel: (404) 909-8100
        bbulat@martensonlaw.com
        fdrouyor@martensonlaw.com

        *Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

/s/ Betsy Bulat_____
Betsy Bulat

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification to the following counsel of record:

Daniel Werner
James E. Radford
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, GA 30030
dan@decaturlegal.com
james@decaturlegal.com

Michael L. Lucas
Burr & Forman LLP
420 North 20th St., Suite 3400
Birmingham, AL 35203
mlucas@burr.com

Jon Michael Gumbel
Burr & Forman LLP
171 17th St., N.W., Suite 1100
Atlanta, GA 30363
jgumbel@burr.com

Brian G. Kim
Brian Kim P.C.
1815 Satellite Blvd., Suite 403
Duluth, GA 30097
brian@leonandkim.com

David R. Kresser
Fisher & Phillips LLP
1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309
dkresser@fisherphillips.com

                                                /s/ Betsy Bulat_____
                                                Betsy Bulat