IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE OBREGON ACOSTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br>  **Plaintiff,** <br><br> v. <br><br> SMART ALABAMA, LLC; AGWM UNITED, LLC; WK LAW GROUP, PC; AND WOON KIM, <br><br>  **Defendants.** | CIVIL ACTION FILE NO.: <br><br> 1:22-cv-01209-TWT |

## ORDER

Pending before the Court is a Joint Motion to Stay Proceedings (Doc. 80) pending mediation of the case, which, for good cause shown is GRANTED. The Court hereby stays all proceedings and directs the parties to file a status report to advise the Court of the outcome of the mediation within five days of its conclusion.

IT IS SO ORDERED, this 17th day of August, 2023.

*Thomas W. Thrash*
Thomas W. Thrash
United States District Court Judge