UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAIME OBREGON ACOSTA,<br><br>Plaintiff,<br><br>v.<br><br>SMART ALABAMA, LLC., et al.,<br><br>Defendants. | CIVIL ACTION NO:<br>1:22-CV-01209-TWT |

## **ORDER**

The parties in the above civil action having announced to the Court that they reached a settlement at mediation [Doc. 83]. The Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties are otherwise ORDERED to file appropriate dismissal documents after all settlement terms have been satisfied.

SO ORDERED, this 11th day of October, 2023.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE