IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE OBREGON ACOSTA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SMART ALABAMA, LLC; AGWM UNITED, LLC; WK LAW GROUP, PC; AND WOON KIM,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>1:22-cv-01209-TWT |

**JOINT MOTION TO DISMISS**

COME NOW plaintiff and defendants SMART Alabama, LLC ("SMART"), WK Law Group, P.C., and Woon Kim, and hereby jointly move this Court to dismiss the above-styled case with prejudice with each party to bear its own costs. In support of this Motion, the parties state as follows:

1. Plaintiff, SMART, WK Law Group, P.C., and Woon Kim mediated this case and have settled it.

2. The settlement requires that this case be dismissed with each party to bear its own costs.

52527793 v1

3. Defendant AGWM United is unrepresented in this case, AGWM United has failed to appear in this case since February 2023, and upon information and belief all the other parties to this case believe that AGWM United is defunct.

4. The interests of justice will be served by a complete dismissal of this case, including as to AGWM United.

5. Fed. R. Civ. P. 41(a)(2) provides for dismissal of this entire case under the circumstances. *City of Jacksonville v. Jacksonville Hospitality Holdings, L.P.*, 82 F.4th 1031, 1039 (11th Cir. 2023) ("We also note that if counsel are unable to acquire signatures from all parties who have appeared in the litigation, the Rules do not leave them without recourse.  Should this situation arise, Rule 41(a)(2) still provide parties with an avenue for securing dismissals through court order.").

WHEREFORE, Plaintiff, SMART, WK Law Group, P.C., and Woon Kim request this Court dismiss this case with prejudice with each party to bear its own costs.

Respectfully submitted on January 3, 2024.

        s/ Michael L Lucas
        Michael L. Lucas (*pro hac vice*)
        Ingu Hwang
        Allison Hawkins (*pro hac vice*)
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, Alabama 35203
        T (205) 251-3000
        F (205) 458-5100
        mlucas@burr.com
        ihwang@burr.com
        ahawkins@burr.com


        s/ Jon M. Gumbel
        Jon M. Gumbel
        Georgia - GA Bar #315195
        BURR & FORMAN LLP
        171 17th Street, NW
        Suite 1100
        Atlanta, GA 30363
        T (404) 815-3000
        F (404) 817-3244
        jgumbel@burr.com

        *Attorneys for Defendant*
        *SMART ALABAMA, LLC*

s/ Feifan Drouyor (*with permission*)
Feifan Drouyor
Betsy Bulat
Martenson Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Suite 400
Atlanta, GA 30319
T (951) 660-0163
F (404) 909-8120
fdrouyor@martensonlaw.com
bbulat@martensonlaw.com

*Attorneys for Defendants WK Law Group, PC and Woon Kim*

s/ Daniel Werner (*with permission*)
Daniel Werner
Georgia Bar No. 422070
dwerner@radfordscott.com
James Radford
Georgia Bar No. 108007
jradford@radfordscott.com
RADFORD SCOTT, LLPC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
T (678) 271-0300
F (678) 271-0314

4

s/ Christopher B. Hall (*with permission*)
Christopher B. Hall
Georgia Bar No. 318380
chall@hallandlampros.com
HALL & LAMPROS, LLP
300 Galleria Parkway
Suite 300
Atlanta, GA 30339

Rachel Berlin Benjamin
Georgia Bar No. 707419
rachel@beal.law
Brian J. Sutherland
Georgia Bar No. 105408
brian@beal.law
BEAL SUTHERLAND BERLIN & BROWN LLC
945 East Paces Ferry Rd NE
Suite 2000
Atlanta, GA 30326

*Attorneys for Plaintiff*

52527793 v1

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that on January 3, 2024, I prepared the foregoing Joint Motion to Dismiss in Book Antiqua, 13-point type in accordance with L.R. 5.1(C). I further certify that I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will automatically generate notice of such filing to the attorneys of record.

s/ Michael L. Lucas
Michael L. Lucas (*pro hac vice*)
Attorney for Defendant
SMART Alabama, LLC

52527793 v1