IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMIE OBREGON ACOSTA,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.

SMART ALABAMA, LLC; AGWM
UNITED, LLC; WK LAW GROUP, PC;
AND WOON KIM,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.:

  1:22-cv-01209-TWT

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pending before this Court is a Joint Motion to Dismiss with Prejudice. Upon consideration and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that this case is dismissed with prejudice, with each party to bear their own attorneys' fees, costs and expenses.

SO ORDERED this the 8th day of January, 2024.

Honorable Thomas W. Thrash
UNITED STATES DISTRICT JUDGE